RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/21/12
        JDK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM MERCER, #15996-016 | DOCKET NO. 11-CV-1497; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR |
| USA, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claim be **DENIED** and **DISMISSED** with prejudice under 28 U.S.C. §1915(e)(2)(B) for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 21st day of March, 2012.

JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT JUDGE